

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN EDELMAN<br>　　Plaintiff<br>VS.<br><br>DAVID PAGE; et al<br>　　Defendants | :<br>:<br>:<br>:<br>:<br>: | CIVIL NO.300CV1166(DJS)<br><br><br><br>MARCH 31, 2004 |

## APPEARANCE

CLERK, U.S. District Court

　　Please enter my appearance as attorney for STEVEN EDELMAN, in addition to the appearance STEVEN EDELMAN already on file.

　　　　　　　　　　　　　　　　　BY /s/ Paul Ngobeni
　　　　　　　　　　　　　　　　　Paul M. Ngobeni
　　　　　　　　　　　　　　　　　Federal Bar No. Ct08187
　　　　　　　　　　　　　　　　　914 Main Street, Suite 206
　　　　　　　　　　　　　　　　　East Hartford, CT 06108
　　　　　　　　　　　　　　　　　Telephone (860) 289-3155
　　　　　　　　　　　　　　　　　Facsimile  (860) 282-7479

## CERTIFICATION

This is to certify that a copy of the foregoing was MAILED on _03/31_, 2004 to:

Attorney Mathew Beizer,
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

_____
Paul M. Ngobeni