UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN EDELMAN | : | CIVIL NO.300CV1166(DJS) |
| Plaintiff | : | |
| VS. | : | |
| | : | |
| DAVID PAGE; et al | : | MARCH 31, 2004 |
| Defendants | | |

## APPEARANCE

CLERK, U.S. District Court

    Please enter my appearance as attorney for STEVEN EDELMAN, in addition to the appearance STEVEN EDELMAN already on file.

BY _/s/ Paul M. Ngobeni_
Paul M. Ngobeni
Federal Bar No. Ct08187
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile  (860) 282-7479

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first-class on April 9, 2004 to the following counsel:

a) for David Page:    Marcia Gleeson, Esquire
Sack, Spector, and Karsten
836 Farmington Avenue
West Hartford, Connecticut 06119; and

b) for Donald Schultz and Walter Pawelkiewicz:

Jon S. Berk, Esquire
Gordon, Muir, and Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106-5123.

_____
Paul M. Ngobeni