UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN EDELMAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 3:00CV1166 (DJS) |
| DAVID PAGE, ET AL., | : | |
|     Defendants. | : | |
| | : | |

## ORDER

      The Motions to Re-Open and Reinstate the Case **[docs. #69 and #70]** are **DENIED** as untimely filed. Pursuant to this court's order dated May 25, 2001, the plaintiff had a window of time in which a motion to reopen his case could be filed. That window closed, at the very latest, on November 24, 2003. The pending motion was not filed until March 31, 2004, well after the deadline established by this court. Further, the plaintiff offers no grounds for the court to consider vacating its earlier order and no grounds that might serve as a basis for relief from the prior order dismissing the case with prejudice. The motions are denied.

      **IT IS SO ORDERED** at Hartford, Connecticut on this __4th__ day of August, 2004.

      /s/DJS
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**