```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

STEVEN EDELMAN,                    :   CIV. NO. 3: 00CV1166(DJS)
     Plaintiff,
vs.                                :

DAVID PAGE,                        :   NOVEMBER 5, 2004
     Defendant.
```

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw her appearance in this matter.

Michelle Holmes has filed an appearance on behalf of the defendant

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

```
                                   DEFENDANT,
                                   Deputy Sheriff David Page



                              BY_____
                                   Marcia J. Gleeson
                                   Federal Bar No.: ct05303
                                   Sack, Spector & Karsten
                                   836 Farmington Avenue
                                   West Hartford, CT 06119
                                   860-233-8251  860-232-8736(fax)
                                   mgleeson@sackspec.com
                                   His Attorney
```

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 5th day of November, 2004 to the following counsel of record:

Jon S. Berk, Esquire
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT  06106

Kevin Michael Tighe, Esquire
1776 Boston Turnpike
Coventry, CT  06238

Paul M. Ngobeni, Esquire
914 Main Street, Suite 206
East Hartford, CT  06108

_____
Marcia J. Gleeson