UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN EDELMAN,<br>    Plaintiff,<br><br>v.<br><br>DAVID PAGE, ET AL.,<br>    Defendants. | :<br>:<br>:<br>:<br>:   No. 3:00CV1166 (DJS)<br>:<br>: |

## ORDER

The Motion to Reconsider and Vacate **[doc. #75]** is **DENIED** as untimely filed. Pursuant to the Local Rules of Civil Procedure for the District of Connecticut a motion for reconsideration must be filed within ten days of the decision or order from which relief is sought. D.Conn.L.Civ.R. 7(c)(1). The court's order **[doc. #74]** denying the plaintiff's motion for reinstatement was issued on August 4, 2004. The pending motion to reconsider and vacate was not filed until August 18, 2004. The period for filing a motion to reconsider expired on August 14, 2004. The motion is denied as untimely.

Further, the court notes that the plaintiff has failed in every respect to present a manifest error of law or fact in the August 4 order, or a controlling decision of law that the court overlooked. See, LoSacco v. City of Middletown, 822 F.Supp. 870, 876-877 (D.Conn. 1993). Absent such a showing no motion for reconsideration will be granted. The motion is denied.

**IT IS SO ORDERED** at Hartford, Connecticut on this   16th   day of November, 2004.

                                                    /s/DJS
                                     **DOMINIC J. SQUATRITO**
                                **UNITED STATES DISTRICT JUDGE**

Case 3:00-cv-01166-DJS   Document 80   Filed 11/16/2004   Page 2 of 2