UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEVEN EDELMAN** | : | CIVIL ACTION |
| Plaintiff | : | NO.   3:00 CV 1166(DJS) |
| vs. | : | |
| **DAVID PAGE, ET AL** | : | |
| Defendants | : | NOVEMBER 28, 2004 |

## NOTICE OF APPEAL

Pursuant to F.R.A.P 4(a)(1), plaintiff Steven Edelman, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgement or orders:

(a)     Order of November 16, 2004 denying motion for reconsideration;

(b)     Order of August 4, 2004 Order denying plaintiff's Motion to Reopen;

(c)     Order of February 13, 2001 dismissing this case "without prejudice to being reopened either on or before September 30, 2001, or thirty (30) days after the resolution the [sic] plaintiff's appeal of his criminal conviction, whichever occurs first. After September 30, 2001, this dismissal shall be with prejudice."

(d)     Order of May 25, 2001 stating that "the Court hereby dismisses this case **without prejudice** to being reopened either on or before **September 30, 2001**, or thirty (30) days after the resolution the [sic] plaintiff's appeal of his criminal conviction, whichever occurs first.  **After September 30, 2001**, this dismissal shall be **with prejudice**.  The Clerk is hereby directed to **close this case**."

(e)     Order of August 25, 2001 denying without prejudice plaintiff's Motion to Reopen.

(f)     Order of August 9, 2000 denying plaintiff's Motion To Stay Proceedings.

**PLAINTIFF**

BY_____
Paul M. Ngobeni; ct 08187
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first-class on November 29, 2004 to the following counsel:

a) for David Page:   Marcia Gleeson, Esquire   &   Michelle Holmes
Sack, Spector, and Karsten
836 Farmington Avenue
West Hartford, Connecticut 06119; and

b) for Donald Schultz and Walter Pawelkiewicz:

Jon S. Berk, Esquire
Gordon, Muir, and Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106-5123.


_____
Paul M. Ngobeni