**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

MANDATE

Roseann B. MacKechnie
CLERK

FILED

2005 FEB 14  P 3: 20

U.S. DISTRICT COURT
NEW HAVEN, CT

FILED
FEB 0 8 2005
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

| | |
|---|---|
| Date: | 2/8/05 |
| Docket Number: | 04-5825-cv |
| Short Title: | Edelman v. Page |
| DC Docket Number: | 00-cv-1166 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Dominic Squatri |

DC Initials  CONN(New Haven)

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 8th day of February two thousand one.

Edelman

v.

Page

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is
    ordered that the appeal from the order of November 16, 2004 United States District
    Court for the Connecticut (New Haven) be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie, Clerk
by _____
DEPUTY CLERK

2/8/05

For the Court,
Roseann B. MacKechnie, Clerk
By: Yvette Knight
Deputy Clerk