UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN EDELMAN,                : CIV. NO. 3:00CV1166 (DJS)
    Plaintiff,

vs.

DAVID PAGE,                    : JULY 14, 2005
    Defendant.

## **APPEARANCE**

Please enter the Appearance of **WILLIAM C. BERRY** as counsel for defendant *DAVID PAGE*, in the above captioned matter.

                                                                                               _____
                                    William C. Berry
                                    Federal Id#: ct04837
                                    Noble, Spector, Young & O'Connor, PC
                                    One Congress Street
                                    Hartford, CT  06114
                                    (860) 525-9975
                                    berry@nsyolaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 14th day of July, 2005, to the following counsel of record or pro se parties:

Paul M. Ngobeni, Esquire
914 Main Street, Suite 206
East Hartford, CT  06108

Jon S. Berk, Esquire
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT  06106

_____
William C. Berry

Chief Clerk
USDC
141 Church Street
New Haven, CT  06510