UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN EDELMAN, | : | NO. 3: 00CV01166 (DJS) |
|     Plaintiff, | : | |
| vs. | : | |
| | : | |
| DAVID PAGE, | : | JULY 14, 2005 |
|     Defendant. | | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw her appearance in this matter.

William C. Berry has filed an appearance on behalf of the defendant.

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

                              DEFENDANT, David Page

                              BY_____
                                  MICHELLE HOLMES
                                  Federal Id#: ct20014
                                  Noble, Spector, Young & O'Connor, PC
                                  One Congress Street
                                  Hartford, CT  06114
                                  (860) 525-9975
                                  holmes@nsyolaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 14th day of July, 2005, to the following counsel of record:

Jon S. Berk, Esquire
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT  06106

Kevin Michael Tighe, Esquire
1776 Boston Turnpike
Coventry, CT  06238

Paul M. Ngobeni, Esquire
914 Main Street, Suite 206
East Hartford, CT  06108

_____
Michelle Holmes