**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

Roseann B. MacKechnie
CLERK

2005 AUG 10 P 1: 34

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| Date: | 7/7/05 |
| Docket Number: | 04-5825-cv |
| Short Title: | Edelman v. Page |
| DC Docket Number: | 00-cv-1166 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Dominic Squatri |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day day of July, two thousand five.

04-5825-cv

EDELMAN v. PAGE

*[Seal: UNITED STATES COURT OF APPEALS FILED JUL 7 2005 SECOND CIRCUIT]*

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

*Tammy Martinez*
By: Tammy Martinez
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

CERTIFIED:     JUL 2 6 2005