DSD District Version 1.3 - Docket Report                                         Page 1 of 8

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:00-cv-01166-DJS

2006 APR 12 P 1: 15

Edelman v. Page, et al  
Assigned to: Judge Dominic J. Squatrito  
Demand: $0  
Cause: 42:1981 Civil Rights

Date Filed: 06/22/2000  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2004 | 80 | ORDER denying 75 Motion for Reconsideration, denying 75 Motion to Reopen Case, denying 75 Motion to Vacate. Signed by Judge Dominic J. Squatrito on 11/16/04. (Pike, C.) (Entered: 11/16/2004) |
| 11/08/2004 | 79 | MOTION for Marcia J Gleeson to Withdraw as Attorney by David Page. (Basile, F.) (Entered: 11/09/2004) |
| 11/08/2004 | 78 | OBJECTION re 75 MOTION for Reconsideration re 74 Order on Motion to Reopen Case, MOTION to Reopen Case MOTION to Vacate 74 Order on Motion to Reopen Case, filed by Walter Pawelkiewicz, Donald Schultz. (Basile, F.) (Entered: 11/08/2004) |
| 11/04/2004 | 77 | NOTICE of Appearance by Michelle N. Holmes on behalf of David Page (Basile, F.) (Entered: 11/04/2004) |
| 11/04/2004 | 76 | Memorandum in Opposition re 75 MOTION for Reconsideration filed by David Page. (Bauer, J.) (Entered: 11/04/2004) |
| 08/20/2004 | 75 | MOTION for Reconsideration re 74 Order denying Motion to Reopen Case, MOTION to Vacate 74 Order denying Motion to Reopen Case & MOTION to Reopen & Reinstate Case by Steven Edelman. Responses due by 9/10/2004 (D'Onofrio, B.) (Entered: 10/27/2004) |
| 08/04/2004 | 74 | ORDER denying 69 Motion to Reopen Case, denying 70 Motion to Reopen Case. Signed by Judge Dominic J. Squatrito on 8/4/04. (Pike, C.) (Entered: 08/04/2004) |
| 04/22/2004 | 73 | NOTICE of Appearance by Paul Mpande Ngobeni on behalf of Steven Edelman (Basile, F.) (Entered: 04/22/2004) |
| 04/19/2004 | 72 | Memorandum in Opposition re 70 MOTION to Reopen Case, 69 MOTION to Reopen Case filed by David Page, Walter Pawelkiewicz, Donald Schultz. (Bauer, J.) (Entered: 04/19/2004) |
| 04/15/2004 | 71 | Memorandum in Opposition re 69 MOTION to Reopen Case filed by David Page. (Bauer, J.) (Entered: 04/15/2004) |

ttps://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?731975703052518-L_280_0-1                    12/12/2004

| | | |
|---|---|---|
| 04/14/2004 | 70 | MOTION to Reopen Case and Reinstate Case on Docket by Steven Edelman. Responses due by 5/5/2004 (Basile, F.) (Entered: 04/14/2004) |
| 04/05/2004 | 69 | MOTION to Reopen Case & Reinstate Case on Docket by Steven Edelman. Responses due by 4/26/2004 (Basile, F.) (Entered: 04/05/2004) |
| 04/05/2004 | 68 | NOTICE of Appearance by Paul Mpande Ngobeni on behalf of Steven Edelman (Basile, F.) (Entered: 04/05/2004) |
| 10/01/2001 | 67 | APPEARANCE of Attorney for Donald Schultz, Walter Pawelkiewicz -- Jon S. Berk (Sprong, R.) (Entered: 10/01/2001) |
| 08/27/2001 | * | ENDORSEMENT denying [66-1] motion to Reopen Case ( signed by Judge Dominic J. Squatrito ) (Sprong, R.) (Entered: 08/27/2001) |
| 08/21/2001 | 66 | MOTION by Steven Edelman to Reopen Case (Brief Due 9/11/01 ) (Former Employee) (Entered: 08/21/2001) |
| 05/25/2001 | | Case closed (Walker, J.) (Entered: 05/29/2001) |
| 05/25/2001 | 65 | Order of dismissal of case; see order for details ( signed by Judge Dominic J. Squatrito ) (Walker, J.) Modified on 05/29/2001 (Entered: 05/29/2001) |
| 05/09/2001 | 64 | APPEARANCE of Attorney for Donald Schultz, Walter Pawelkiewicz -- Kevin Michael Tighe (Sprong, R.) (Entered: 05/09/2001) |
| 04/25/2001 | 63 | SUMMONS Returned Executed on 04/21/01 as to Walter Pawelkiewicz individually & officially (Sprong, R.) (Entered: 04/25/2001) |
| 04/25/2001 | 62 | SUMMONS Returned Executed on 04/24/01 as to Donald Schultz individually & officially (Sprong, R.) (Entered: 04/25/2001) |
| 04/20/2001 | | SUMMONS(ES) issued for Donald Schultz (Sprong, R.) (Entered: 04/20/2001) |
| 02/26/2001 | 61 | AMENDED COMPLAINT by Steven Edelman amending [1-1] complaint; jury demand (Sprong, R.) (Entered: 02/27/2001) |
| 02/13/2001 | 60 | ORDER denying [49-1] motion to Withdraw [28-1] notice, denying [48-1] motion to Join, denying [47-1] motion to Amend [40-1] amended complaint by Steven Edelman, denying [46-1] motion to Appoint Special Process Server, denying [35-1] motion to Extend Time to file response to Motion to Dismiss, denying [33-1] motion to Dismiss Case, denying [16-1] motion to join Donald Schultz ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 03/29/2001) |
| 02/02/2001 | 58 | ANSWER & AFFIRMATIVE DEFENSES to Complaint by David Page (Former Employee) (Entered: 02/02/2001) |
| 02/01/2001 | 59 | Status Conference held ( DJS) (Glynn, T.) (Entered: 02/09/2001) |

| Date | No. | Description |
|---|---|---|
| )1/31/2001 | 57 | OBJECTIONS by David Page to [46-1] motion to Appoint Special Process Server by Steven Edelman (Sprong, R.) (Entered: 02/01/2001) |
| )1/31/2001 | 56 | OBJECTIONS by David Page to [47-1] motion for leave to Amend [40-1] amended complaint by Steven Edelman by Steven Edelman (Sprong, R.) (Entered: 02/01/2001) |
| )1/31/2001 | 55 | OBJECTIONS by David Page to [49-1] motion to Withdraw [28-1] notice by Steven Edelman (Sprong, R.) (Entered: 02/01/2001) |
| )1/31/2001 | 54 | OBJECTIONS by David Page to [48-1] motion to Join by Steven Edelman (Sprong, R.) (Entered: 02/01/2001) |
| )1/23/2001 |  | ENDORSEMENT granting [53-1] motion to Extend Time to 1/31/01 to respond to plaintiff's request for appointment of server, Motion for leave to withdraw 9/20/00 Notice of Dismissal, Motion for Joinder, and Motion for leave to amend complaint, Brief Deadline set for 1/31/01 [49-1] motion to Withdraw [28-1] notice, set for 1/31/01 [48-1] motion to Join, set for 1/31/01 [47-1] motion to Amend [40-1] amended complaint by Steven Edelman, set for 1/31/01 [46-1] motion to Appoint Special Process Server ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 01/24/2001) |
| 01/16/2001 | 53 | MOTION by David Page to Extend Time to 1/31/01 to respond to plaintiff's request for appointment of server, Motion for leave to withdraw 9/20/00 Notice of Dismissal, Motion for Joinder, and Motion for leave to amend complaint (Montgomery, C.) (Entered: 01/17/2001) |
| 01/02/2001 | 52 | REPLY by Steven Edelman to response to [33-1] motion to Dismiss Case by David Page (Former Employee) (Entered: 01/02/2001) |
| 12/26/2000 | 51 | REPLY by Steven Edelman to response to [33-1] motion to Dismiss Case by David Page (Former Employee) (Entered: 12/27/2000) |
| 12/26/2000 | 50 | REPLY by Steven Edelman to response to [33-1] motion to Dismiss Case by David Page (Former Employee) (Entered: 12/27/2000) |
| 12/26/2000 | 49 | MOTION by Steven Edelman to Withdraw [28-1] notice (Brief Due 1/16/01 ) (Former Employee) (Entered: 12/27/2000) |
| 12/26/2000 | 48 | MOTION by Steven Edelman to Join (Brief Due 1/16/01 ) (Former Employee) (Entered: 12/27/2000) |
| 12/26/2000 | 47 | MOTION by Steven Edelman to Amend [40-1] amended complaint by Steven Edelman (Brief Due 1/16/01 ) (Former Employee) (Entered: 12/27/2000) |
| 12/26/2000 | 46 | MOTION by Steven Edelman to Appoint Special Process Server (Former Employee) (Entered: 12/27/2000) |
| 12/21/2000 | 45 | REPLY by David Page to response to [33-1] motion to Dismiss Case by David Page (Former Employee) (Entered: 12/26/2000) |

| | | |
|---|---|---|
| /21/2000 | 44 | OBJECTION by David Page re: [40-1] amended complaint by Steven Edelman (Former Employee) (Entered: 12/26/2000) |
| /13/2000 | 43 | OBJECTIONS by Steven Edelman to [41-1] motion to Extend Time until 12/26/00 to file brief re: motion to dismiss and reply to proposed amended complaint by David Page (Former Employee) (Entered: 12/14/2000) |
| /13/2000 | | ENDORSEMENT granting [41-1] motion to Extend Time until 12/26/00 to file brief re: motion to dismiss and reply to proposed amended complaint, Brief Deadline set for 12/26/00 [35-2] motion to Amend [1-1] complaint, set for 12/26/00 [33-1] motion to Dismiss Case ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 12/13/2000) |
| 2/07/2000 | 42 | OBJECTIONS by David Page to [39-1] motion for Sanctions by Steven Edelman (Former Employee) (Entered: 12/07/2000) |
| 2/06/2000 | 41 | MOTION by David Page to Extend Time until 12/26/00 to file brief re: motion to dismiss and reply to proposed amended complaint (Walker, J.) (Entered: 12/06/2000) |
| 2/05/2000 | | ENDORSEMENT denying [39-1] motion for Sanctions ( signed by Judge Dominic J. Squatrito ) (Montgomery, C.) (Entered: 12/06/2000) |
| 2/04/2000 | 40 | AMENDED COMPLAINT by Steven Edelman adding Donald Schultz, Walter Pawelkiewicz, John J. Lescoe, Lonnie Braxton, Mark Solak, Rene Barbeau, Francis Foley 1, Donald Aitken, Janes Powers, David Piela, Fred Briger, Henry Lee, Arthur Sada, Janet Ainsworth, Dawn Carnese, Christopher Arciero, Leo Belval, Louis Free, Michael Macri, Marjorie Shansky, Philip Burton, John Butkus, James Doherty, Robert Hanbury, Donald Harwood, Daniel Herzig, Thomas Hunter, Roger Langlois, Debbie Sampson, Lawrence Tryon, John Vendetta, Codes & Standards, Richard Cody, Jason Wescott, Town of Windham, Town of Windham amending [1-1] complaint (Former Employee) (Entered: 12/05/2000) |
| 12/04/2000 | 39 | MOTION by Steven Edelman for Sanctions (Brief Due 12/25/00 ) (Former Employee) (Entered: 12/05/2000) |
| 11/20/2000 | 38 | MEMORANDUM by Steven Edelman in support of [33-1] motion to Dismiss Case (Former Employee) (Entered: 11/21/2000) |
| 11/20/2000 | 37 | OBJECTIONS by Steven Edelman to [33-1] motion to Dismiss Case by David Page (Former Employee) (Entered: 11/21/2000) |
| 11/06/2000 | | ENDORSEMENT granting [35-1] motion to Extend Time to respond to Motion to Dismiss, Brief Deadline 11/20/00 ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 05/08/2001) |
| 11/06/2000 | | ENDORSEMENT denying [36-1] motion to Extend Time to 11/27/00 to file an amended complaint and extend time for responses to Motion to Dismiss/Motion for Summary Judgment ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 11/08/2000) |

| | | |
|---|---|---|
| 0/27/2000 | 36 | MOTION by Steven Edelman to Extend Time to 11/27/00 to file an amended complaint and extend time for responses to Motion to Dismiss/Motion for Summary Judgment (Montgomery, C.) (Entered: 10/27/2000) |
| 0/26/2000 | 35 | Motion by Steven Edelman for Extension of Time to respond to Motion to Dismiss & NOTICE of intent to Amend Complaint by Steven Edelman (part 2 of 2) (Former Employee) (Entered: 05/08/2001) |
| 0/26/2000 | 35 | MOTION by Steven Edelman to Extend Time to respond to Motion to Dismiss & Notice of Intent to Amend Complaint (Part 1 of 2) (Former Employee) (Entered: 05/08/2001) |
| 10/23/2000 | 34 | MEMORANDUM by David Page in support of [33-1] motion to Dismiss Case (Former Employee) (Entered: 10/24/2000) |
| 10/23/2000 | 33 | MOTION by David Page to Dismiss Case (Brief Due 11/13/00 ) (Former Employee) (Entered: 10/24/2000) |
| 10/18/2000 | 32 | PRO SE Appearance by Steven Edelman (Former Employee) (Entered: 10/20/2000) |
| 10/18/2000 | 31 | SUMMONS Returned Executed on 10/15/00 as to David Page (Former Employee) (Entered: 10/20/2000) |
| 10/06/2000 | 30 | Cash BOND in the amount of $ 500.00 as security for cost Receipt # H001482 by Steven Edelman (Carpenter, M.) (Entered: 10/12/2000) |
| 10/05/2000 | | Second SUMMONS(ES) issued for David Page (Bauer, J.) (Entered: 10/20/2000) |
| 10/05/2000 | | Second SUMMONS(ES) issued for David Page (D'Onofrio, B.) (Entered: 10/06/2000) |
| 10/05/2000 | 29 | SCHEDULING ORDER setting Discovery cutoff 3/22/01 ; Dispositive Motions due 5/22/01 ; Filing of Trial Memorandum by 6/22/01 Trial Ready Date Set for 8/1/01 Trial will commence 8/01 The parties shall contact chambers the week beginning 1/22/01 ( Signed by Judge Dominic J. Squatrito ) (Montgomery, C.) (Entered: 10/05/2000) |
| 09/29/2000 | | ENDORSEMENT denying [26-1] motion for Appointment of Counsel ( signed by Judge Dominic J. Squatrito ) (Bauer, J.) (Entered: 10/02/2000) |
| 09/29/2000 | | ENDORSEMENT denying [25-1] motion for Reconsideration of order to withdraw claims against Defendant ( signed by Judge Dominic J. Squatrito ) (Bauer, J.) (Entered: 10/02/2000) |
| 09/28/2000 | 27 | RULING denying [21-1] motion for Appointment of Counsel, denying [20-1] motion to Amend [6-1] service of Complaint, denying [19-1] motion to Extend Time to amend service of the Complaint ( signed by Judge Dominic J. Squatrito ) 3 Pages (Blue,A.) (Entered: 09/29/2000) |
| 09/27/2000 | | ENDORSEMENT granting [24-1] motion to Extend Time until 10/23/00 to file motion to dismiss, reset Dismissal due by 10/23/00 ( signed by Judge Dominic J. Squatrito ) |

| Date | # | Entry |
|---|---|---|
| | | (D'Onofrio, B.) (Entered: 09/27/2000) |
| 09/26/2000 | 26 | EXPARTE MOTION by Steven Edelman for Appointment of Counsel (Former Employee) (Entered: 09/27/2000) |
| 09/26/2000 | 25 | MOTION by Steven Edelman for Reconsideration of order to withdraw claims against Defendant (Brief Due 10/17/00 ) (Former Employee) (Entered: 09/27/2000) |
| 09/25/2000 | 24 | MOTION by David Page to Extend Time until 10/23/00 to file motion to dismiss (Bauer, J.) (Entered: 09/25/2000) |
| 09/22/2000 | 23 | RESPONSE by David Page to [16-1] motion to join Donald Schultz by Steven Edelman (Former Employee) (Entered: 09/25/2000) |
| 09/21/2000 | 28 | NOTICE of Voluntary Dismissal under certain conditions (Bauer, J.) (Entered: 10/02/2000) |
| 09/19/2000 | | ENDORSEMENT denying [22-1] motion For Relief from Order, dated 9/7/00 ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 09/20/2000) |
| 09/15/2000 | 22 | MOTION by Steven Edelman For Relief from Order, dated 9/7/00 (Brief Due 10/6/00 ) (D'Onofrio, B.) (Entered: 09/15/2000) |
| 09/15/2000 | 21 | MOTION by Steven Edelman for Appointment of Counsel (Former Employee) (Entered: 09/15/2000) |
| 09/15/2000 | 20 | MOTION by Steven Edelman to Amend [6-1] service of Complaint (Former Employee) (Entered: 09/15/2000) |
| 09/15/2000 | 19 | MOTION by Steven Edelman to Extend Time to amend service of the Complaint (Former Employee) (Entered: 09/15/2000) |
| 09/14/2000 | | ENDORSEMENT denying as moot [11-1] motion to waive security for cost ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 09/15/2000) |
| 09/08/2000 | | Deadline updated; Reset Dispositive Motions due by 10/9/00 (Former Employee) Modified on 09/13/2000 (Entered: 09/11/2000) |
| 09/08/2000 | 18 | ORDER for Plaintiff to pay $500.00 security for cost, Set Dismissal due by 4:00 on 10/9/00 ( signed by Judge Dominic J. Squatrito ) (Former Employee) Modified on 09/13/2000 (Entered: 09/11/2000) |
| 09/08/2000 | 17 | FINANCIAL AFFIDAVIT re: Motion to Waive Security for Cost by Steven Edelman (Former Employee) (Entered: 09/11/2000) |
| 09/07/2000 | 16 | MOTION by Steven Edelman to join Donald Schultz (Brief Due 9/28/00 ) (Former Employee) (Entered: 09/07/2000) |

| Date | Doc # | Description |
|---|---|---|
| /22/2000 | 15 | Status Conference held ( DJS) (Glynn, T.) (Entered: 09/01/2000) |
| /10/2000 | 13 | REPORT of Parties Planning Meeting (Former Employee) (Entered: 08/11/2000) |
| /07/2000 | ~~~~ | ENDORSEMENT denying [12-1] motion to Stay Case ( signed by Judge Dominic J. Squatrito ) (Bauer, J.) (Entered: 08/08/2000) |
| 7/31/2000 | 12 | MOTION by Steven Edelman to Stay Case (Brief Due 8/21/00 ) (Former Employee) (Entered: 07/31/2000) |
| 7/26/2000 | 11 | OBJECTIONS to [7-1] motion for Security for Costs by David Page & Motion to waive security for costs by Steven Edelman (Brief Due 8/16/00) (part 2 of 2) (Former Employee) Modified on 07/26/2000 (Entered: 07/26/2000) |
| 7/26/2000 | 11 | OBJECTION to [7-1] Motion for Security for Costs by David Page & MOTION to waive security for cost by Steven Edelman (Brief Due 8/16/00 ) (Part 1 of 2) (Former Employee) Modified on 07/26/2000 (Entered: 07/26/2000) |
| 7/25/2000 | | ENDORSEMENT granting [8-1] motion to Extend Time until 8/8/00 to respond to Complaint, 26(f) Report of Conference Due 8/8/00 ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 07/25/2000) |
| 7/25/2000 | ~~~~ | ENDORSEMENT granting [7-1] motion for Security for Costs ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 07/25/2000) |
| 7/25/2000 | ~~~~ | ENDORSEMENT denying [9-1] motion to waive security for cost ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 07/25/2000) |
| 7/20/2000 | 10 | MEMORANDUM in opposition to [9-1] motion to waive security for cost by Steven Edelman & REPLY by David Page to response to [7-1] motion for Security for Costs by David Page (Part 2 of 2) (Former Employee) Modified on 07/20/2000 (Entered: 07/20/2000) |
| 7/20/2000 | 10 | MEMORANDUM in opposition to [9-1] motion to waive security for cost by Steven Edelman & REPLY by David page to response to [7-1] motion for Security for Costs by David Page (Part 1 of 2) (Former Employee) Modified on 07/20/2000 (Entered: 07/20/2000) |
| 07/18/2000 | 9 | MOTION by Steven Edelman to waive security for cost & OBJECTIONS to [7-1] motion for Security for Costs by David Page (part 2 of 2) (Former Employee) Modified on 07/18/2000 (Entered: 07/18/2000) |
| 07/18/2000 | 9 | MOTION by Steven Edelman to waive security for cost & OBJECTION to [7-1] motion for Security for Costs by David Page (Brief Due 8/8/00 ) (Part 1 of 2) (Former Employee) Modified on 07/18/2000 (Entered: 07/18/2000) |
| 07/14/2000 | 8 | MOTION by David Page to Extend Time until 8/8/00 to respond to Complaint (Former Employee) (Entered: 07/14/2000) |

| | | |
|---|---|---|
| 7/14/2000 | 7 | MOTION by David Page for Security for Costs (Brief Due 8/4/00 ) (Former Employee) (Entered: 07/14/2000) |
| 7/10/2000 | 6 | SUMMONS Returned Executed on 6/26/00 as to David Page (Former Employee) (Entered: 07/11/2000) |
| 7/07/2000 | 5 | APPEARANCE of Attorney for David Page -- Marcia J. Gleeson (Former Employee) (Entered: 07/07/2000) |
| 6/22/2000 | 4 | PRO SE Appearance by Steven Edelman (Former Employee) (Entered: 06/26/2000) |
| 6/22/2000 | 3 | ORDER: Parties shall commence discovery immediately ( signed by Judge Dominic J. Squatrito ) (Former Employee) (Entered: 06/26/2000) |
| 6/22/2000 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 12/22/00 ; Dispositive Motions due 1/21/01 Amended Pleadings due 8/22/00 Motions to Dismiss due 9/22/00 (Former Employee) (Entered: 06/26/2000) |
| 6/22/2000 |   | SUMMONS(ES) issued for David Page (Former Employee) (Entered: 06/26/2000) |
| 6/22/2000 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 697 (Former Employee) (Entered: 06/26/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/12/2004 20:30:49 | | | |
| PACER Login: | se1487 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:00-cv-01166-DJS |
| Billable Pages: | 5 | Cost: | 0.35 |