D. Conn.
00-cv-1166
Squatrito, J.

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 16th day of May two thousand six,

Present:
    Hon. Richard J. Cardamone,
    Hon. Guido Calabresi,
    Hon. Rosemary S. Pooler,
        *Circuit Judges.*

---

Steven Edelman,

        Plaintiff-Appellant,

    v.                                                                                04-5825-cv

David Page, *et al.*,

        Defendants-Appellees,

John J. Lescoe, *et al.*,

        Defendants.

---

Appellant moves for three judge panel review of the February 2006 denial, by a single judge of this Court, of his motion to reinstate his appeal. Upon due consideration, it is ORDERED that the motion is DENIED without prejudice to refiling the motion with a proposed appellate brief fully addressing the merits of the appeal of the district court's November 2004 order denying Appellant's motion for reconsideration. Should Appellant elect to refile his motion, he is also instructed to file with this Court copies of all of the district court documents relevant to his appeal.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]*

[Stamp: UNITED STATES COURT OF APPEALS FILED MAY 16 2006 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]

[Stamp: 2006 MAY 24 P 12: 46 U.S. DISTRICT COURT NEW HAVEN, CT FILED]

[Stamp: A TRUE COPY Roseann B. MacKechnie, CLERK by *[signature]* DEPUTY CLERK]

SAO-GG

CERTIFIED: 5/17/06