UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN EDELMAN, | : | NO. 3:00CV01166 (DJS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID PAGE, | : | |
| Defendant, | : | MAY 31, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respected moves for leave of this Court to withdraw his appearance in this matter on behalf of Walter Pawelkiewicz.

Jon S. Berk has filed an appearance on behalf of Mr. Pawelkiewicz.

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

DEFENDANT,
WALTER PAWELKIEWICZ,


By____/s/ Kevin M. Tighe_____
Kevin M. Tighe
Howd & Ludorf
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361 (Tel)
860-249-7665 (Fax)
Email: ktighe@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 31st day of May, to the following counsel of record:

Paul Mpande Ngobeni, Esquire
P.O. Box 338
Putnam, CT 06260

Marcia J. Gleeson, Esquire
Noble, Spector, Young & O'Connor
One Congress Street – Fourth Floor
Hartford, CT 06114

Jon S. Berk, Esquire
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106

                                                                   /s/ Kevin M. Tighe