D. Conn. /New Haven
00-cv-1166
Squatrito, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of February, two thousand seven,

Present:
        Hon. Richard J. Cardamone,
        Hon. Roger J. Miner,
        Hon. Robert A. Katzmann,
          *Circuit Judges.*

---

Steven Edelman,

                Plaintiff-Appellant,

      v.

David Page, *et al.*,

                Defendants-Appellees,

John J. Lescoe, *et al.*,

                Defendants.

04-5825-cv

*[Seal: UNITED STATES COURT OF APPEALS · FILED · FEB 0 1 2007 · Thomas Asreen, Acting Clerk · SECOND CIRCUIT]*

---

Appellant moves for three-judge-panel review of the February 2006 denial, by a single judge of this Court, of his motion to reinstate his appeal of the district court's November 2004 order denying Appellant's motion for reconsideration. Upon due consideration, it is ORDERED that the motion is GRANTED and the appeal is reinstated because Appellant has shown that "manifest injustice" would result in the absence of reinstatement of the appeal. *See Calloway v. Marvel Entm't Group*, 854 F.2d 1452, 1475 (2d Cir. 1988). It is further ORDERED that the Clerk's Office shall issue a briefing schedule in which Appellant's brief and appendix are due within thirty days of entry of this Order, and Appellees' brief(s) and appendices are due within thirty days of the filing of Appellant's brief.

                FOR THE COURT:
                Roseann B. MacKechnie, Clerk

                By: *Lucille Carr*

SAO-JJF