Case 3:00-cv-01166-CUS   Document 98   Filed 05/21/2008   Page 1 of 1

# United States Court of Appeals

#### FOR THE
#### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of May, two thousand eight,

Present:

> Hon. Sonia Sotomayor,
> Hon. Richard C. Wesley,
> Hon. J. Clifford Wallace,*
> > *Circuit Judges*,



---

Steven Edelman,

> Plaintiff-Appellant,

> > v.

04-5825-cv

David Page, *et al.*,

> Defendants-Appellees,

John J. Lescoe, *et al.*,

> Defendants.

---

Plaintiff-appellant has moved for a summary remand, to which defendants-appellees consent. Although the parties appear to agree to a vacatur of the district court's judgment of dismissal, this Court has already held that we lack jurisdiction over all but the district court's November 16, 2004 order denying plaintiff-appellant's motion for reconsideration. Thus, we grant plaintiff-appellant's motion for a remand, but only with respect to the district court's November 16th order. On remand, the district court may consider, in the context of a motion pursuant to Fed. R. Civ. P. 60(b) and/or the district court's local rules, whether to vacate the judgment of dismissal. The parties shall pay their own costs and fees in connection with this appeal. The district court's November 16th post-judgment order is VACATED, and the case REMANDED for further proceedings.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk
>
> By: _____
> Frank Perez, Deputy Clerk

---

* The Honorable J. Clifford Wallace, of the United States Court of Appeals for the Ninth Circuit, sitting by designation.