

*CT/New Haven*
*00-CV-1166*
*Judge Squatrito*

# United States Court of Appeals
## FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of May, two thousand eight,

Present:

> Hon. Sonia Sotomayor,
> Hon. Richard C. Wesley,
> Hon. J. Clifford Wallace,*
> *Circuit Judges,*

**UNITED STATES COURT OF APPEALS**
**FILED**
**MAY 21 2008**
**Catherine O'Hagan Wolfe, Clerk**
**SECOND CIRCUIT**

---

Steven Edelman,

> Plaintiff-Appellant,

> v.

David Page, *et al.*,

> Defendants-Appellees,

John J. Lescoe, *et al.*,

> Defendants.

04-5825 -cv

---

Plaintiff-appellant has moved for a summary remand, to which defendants-appellees consent. Although the parties appear to agree to a vacatur of the district court's judgment of dismissal, this Court has already held that we lack jurisdiction over all but the district court's November 16, 2004 order denying plaintiff-appellant's motion for reconsideration. Thus, we grant plaintiff-appellant's motion for a remand, but only with respect to the district court's November 16th order. On remand, the district court may consider, in the context of a motion pursuant to Fed. R. Civ. P. 60(b) and/or the district court's local rules, whether to vacate the judgment of dismissal. The parties shall pay their own costs and fees in connection with this appeal. The district court's November 16th post-judgment order is VACATED, and the case REMANDED for further proceedings.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]*
DEPUTY CLERK

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *[signature]*
Frank Perez, Deputy Clerk

\* The Honorable J. Clifford Wallace, of the United States Court of Appeals for the Ninth Circuit, sitting by designation.

ISSUED AS MANDATE: JUN 16 2008