# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

EDELMAN VS. PAGE, ET AL.                    CASE NUMBER:   3:00CV1166 DJS

**To the Clerk of this court and all parties of record:**

   Enter my appearance as counsel in this case for:   Steven Edelman

July 28, 2008
Date

ct04640
Connecticut Federal Bar Number

(860) 522-3343
Telephone Number

(860) 522-2490
Fax Number

djaffe@bpslawyers.com
E-mail address

_[signature]_
Signature

David K. Jaffe
Print Clearly or Type Name

100 Pearl Street, Suite 1100
Address

Hartford, Connecticut 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Elliot Spector, Esquire
Noble, Spector, Young, and O'Connor
One Congress Street
Fourth Floor
Hartford, Connecticut 06114-1067

Jon S. Berk, Esquire
Gordon, Muir, and Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106-5123

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001