# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

EDELMAN VS. PAGE ET AL.             CASE NUMBER: 3:00CV1166 DJS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Steven Edelman

July 28, 2008
Date

ct03461
Connecticut Federal Bar Number

(860) 889-8586
Telephone Number

(860) 889-8208
Fax Number

booty@snet.net
E-mail address

_[Signature]_
Signature

Jeremy D. Booty
Print Clearly or Type Name

120 Broadway
Address

Norwich, Connecticut 06360

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Elliot Spector, Esquire
Noble, Spector, Young, and O'Connor
One Congress Street
Fourth Floor
Hartford, Connecticut 06114-1067

Jon S. Berk, Esquire
Gordon, Muir, and Foley
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106-5123

_[Signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001