UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN EDELMAN<br>    Plaintiff | : CIVIL ACTION NO. 3-00-1166 (DJS)<br>:<br>: |
| VS. | :<br>: |
| DAVID PAGE, ET AL<br>    Defendants | :<br>: JULY 31, 2008 |

## STATEMENT OF NO OBJECTION

The undersigned defendants, pursuant to agreement with the plaintiff, have no objection to the above-referenced suit being reinstated, the dismissal being set aside and the matter proceed on the substance of plaintiff's allegations. By agreeing to the reopening and reinstatement of this matter, and it proceeding on plaintiff's allegations, the defendants deny the allegations of the complaint. Nothing in this present filing should be interpreted otherwise.

Elliot Spector, counsel for defendant Page, joins in this statement of no objection.

{00516145.DOC}

DEFENDANTS: DONALD SCHULTZ &
WALTER PAWELKIEWICZ

BY _____
JON S. BERK
**Gordon, Muir and Foley, LLP**
Federal Bar No. ct04239

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following counsel of record on July 31, 2008.

David K. Jaffe, Esquire
Brown, Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, Connecticut 06103

Elliot Spector, Esquire
Noble, Spector, Young & O'Connor, PC
One Congress Street
Hartford, Connecticut 06114

Jeremy D. Booty, Esquire
Law Offices
120 Broadway
Norwich, Connecticut 06360

_____
JON S. BERK

{00516145.DOC}